UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

VAN GABRIEL                                                                        CIVIL ACTION

VERSUS                                                                              NO.  11-1023

POLICE CHIEF RONAL SERPAS, ET AL.                              SECTION "N" (3)

## ORDER AND REASONS

**IT IS ORDERED** that **Petitioner's Traverse or Motion for Appeal/Review of Magistrate Judge Decision (Rec. Doc. 14)** is **DENIED**.  The Court finds that Magistrate Judge Knowles properly denied Petitioner's Motion for Appointment of Counsel and that the Order denying Petitioner's Motion for Appointment of Counsel was neither erroneous nor contrary to law. Fed. R. Civ. P. 72.

New Orleans, Louisiana, this 29th day of September 2011.

**KURT D. ENGELHARDT**
**United States District Judge**